United States District Court Northern District of New York

EQuaRN WHITE

        Plaintiff,

Office of Mental Health worker, John Marinelli

Superintendent Donald Uhler

Lieutenant, Robert Barkman

Sergent, Patrick Baker

Sergent, Richard Scott

Sergent, Luc Maynard

Sergent, Randel Smith

Sergent, Michael Eddy

Sergent, Laura Gokey

correctional officer, Richard Winston

correctional officer, Adam Gallaghe

correctional officer, Brain Fournier

correctional officer, Micheal Bashaw JR

correctional officer, Jeffry Premo

correctional officer, Nicholas Ashline

Nurse Administatror, Nancy Smith

Nurse Heath Baker

Nurse Michele Byno

Nurse George Waterson

Nurse Christy Conklin

Supervisior Rehablition couslcor, Foil, DeNiiGe Bernier

Supervisior Rehablition couselcor, Foil, Tracy Nelson

offender Rehablition Couselcor, Roxanne Leclerc

Sued individually and in thier officiul capacities

             Defendants.

Civil Rights

complaint Pursuant

42 u.s.c 1983

( Pro-se Prisoner )

Case No. 9:17-cv-1094

Jury Demanded

☑  Yes



U.S. DISTRICT COURT - N.D. OF N.Y.

FILED

OCT 02 2017

AT          O'CLOCK

Lawrence K. Baerman, Clerk - Syracuse

# I JuRisicTioN

1. This is a civil action seeking relief and/or to defend and to protect the rights guaranteed by the constitution of the united States. This action is brought pursuant to 42 u.s.c 1983 The court has Jurisdiction over this action pursuant to 28 u.s.c 1331, 1343 (3), (4) and 2201

2. Venue properly lies in this District pursuant to 28 u.s.c section 1391 (b)(2) because the events giving rise to this action occured mostly at upstate correctional facility state correctional Instition P.o Box 2001, 309 Bare Hill Road, Malone, New York 12953. Which is located within the Northen District state.

## Plaintiff Information

3. Name: EQuARN WHITE
   Prisoner ID#: 08A2234
   Current Place of detention: Clinton ANNex correctional Facility
   Address: P.o Box 2002, DaNNemora, N.y 12929

2#) (A)          Previous Law Suits

[ Plaintiff has filed other Lawsuits dealing with the same facts involved in this action and otherwise relating to his imprisonment.

A) Plaintiff Equarn White    Docket No. 13-cv-1427
   Defendant Steven E. Racette,
   Date filed 12/4/12 habeas corpus, Eastern District, Judge
   Ross, outcome 9/13/13, habeas relife denied and Appealed

B) Plaintiff Equarn White        Docket No. 13-3994
   Defendant Steven E. Racette
   Date filed 10/13/14, Court of Appeals Judges
   Dennis Jacobs, Peter Hall and Gerard lynch, outcome
   of case Granting Certificate then May 6, 2015 Affirmed
   District court order

c) Plaintiff Equarn White        Docket No. 15M56
   Defendant Steven Racette, Supreme Court of
   the united States Date filed 10/6/15 outcome of
   case writ of certiorari out of time denied.

D) Plaintiff Equarn White   Index No 406/2016
   Defendant Anthony Annucci, 2/26/16, Artical 78 filed case
   Still pending determination [Judicial] from court Appeals

E) Plaintiff Eauarn white    INdex No. 1397-17
    Defendant: ANthony ANNucci    Dated filed 2/9/17
    ARtical 78 case still pending

F) Plaintiff Eauarn white INdex No 6326-16
RJI No. 01-16-ST8340
    Defendant ANthony ANNucci  Date filed 10/31/16
    Case still pending  related Matter

G) Plaintiff Eauarn white INdex No. 17-0441,
RJI # 09-1-2017-0157.11 ]
    Defendant ANthony ANNucci, Artical 78
    filed March 2, 2017  case still pending.  ]

3) Plaintiff Equarn White was at all times relevant hereto an convicted and sentenced state prisoner when the wrongdoing occurred at Upstate correctional Facility.

## DEFENDANT(S) INFORMATION

4. Defendant No 1: John Marinelli
   Job Title: Office of Mental Health Social Worker
   Work Address: Upstate correctional Facility, P.o Box 2001, 309 Bare Hill Road, Malone, N.y 12953

5. Defendant No 2: Donald Uhler
   Job Title: Superintendent
   Work Address: Upstate correctional Facility, P.o Box 2001, 309 Bare Hill Road, Malone, N.y 12953

6. Defendant No: 3  Robert Barkman
   Job Title:   Lieutenant
   Work Address: upstate correctional Facility, P.o Box 2001, 309 Bare Hill Road, Malone, N.y 12953

7. Defendant No: 4  Patrick M Baker
   Job Title:   Sergent
   Work Address: Upstate correctional Facility, P.o Box 2001, 309 Bare Hill Road, Malone, N.y 12953

8. Defendant NO: 5  Richard Scott
   Job Title :  Sergent
   Work Address : Upstate Correctional Facility, P.o
   Box 2001, 309 Bare Hill Road, Malone, N.y 12953

9. Defendant NO: 6  Luc Maynard
   Job Title :  Sergent
   Work Address : upstate Correctional Facility, P.o
   Box 2001, 309 Bare Hill Road, Malone, N.y 12953

10. Defendant No.7 :  Randel Smith
    Job Title :  Sergent
    Work Address : upstate Correctional Facility
    P.o Box 2001, 309 Bare Hill Road, Malone, N.y 12953

11. Defendant No. 8 :  Michael Eddy
    Job Title :  Sergent
    Work Address : upstate Correctional Facility
    P.o Box 2001, 309 Bare Hill Road, Malone, N.y 12953

12. Defendant No. 9 :  LAuRA Gokey
    Job Title :  Sergent
    Work Address : Upstate Correctional Facility
    P.o Box 2001, 309 Bare Hill Road, Malone, N.y 12953

13. Defendant No. 10: Richard Winston
    Job Title: correctional officer
    work Address: upstate correctional Facility
    P.o Box 2001, 309 Bare Hill Road, Malone, N.y 12953

14. Defendant No. 11: ADAM Gallaghe
    Job Title: Correctional officer
    work Address: Upstate Correctional Facility
    P.o Box 2001, 309 Bare Hill Road, Malone, N.y 12953

15. Defendant No 12: Brain Fournier
    Job Title: Correctional officer
    Work Address: upstate correctional Facility
    P.o Box 2001, 309 Bare Hill Road, Malone, N.y, 12953

16. Defendant No. 13: Jeffry Premo
    Job Title: Correctional officer
    work Address: upstate correctional Facility
    P.o Box 2001, 309 Bare Hill Road, Malone, N.y 12953

17. Defendant No 14: Nicholas Ashline
    Job Title: correctional officer
    work Address: upstate correctional Facility
    P.o Box 2001, 309 Bare Hill Road, Malone N.y
    12953

18. Defendant No. 15: Nancy Smith
Job Title: Nurse Administrator
Work Address: Upstate Correctional Facility
P.o Box 2001, 309 Bare Hill Road, Malone, N.y 12953

19. Defendant No. 16: Heath Baker
Job Title: Nurse
Work Address: Upstate Correctional Facility
P.o Box 2001, 309 Bare Hill Road, Malone, N.y 12953

20. Defendant No. 17: Micheal Byno
Job Title: Nurse
Work Address: Upstate Correctional Facility
P.o Box 2001, 309 Bare Hill Road, Malone, N.y 12953

21. Defendant No. 18: George Waterson
Job Title: Nurse
Work Address: Upstate Correctional Facility
P.o Box 2001, 309 Bare Hill Road, Malone, N.y 12953

22. Defendant No 19: Christy Conklin
Job Title: Nurse
Work Address: Upstate Correctional
Facility, P.o Box 2001, 309 Bare Hill
Road, Malone, N.y 12953

23. Defendant No. 20: Denise Bernier
Job Title: Supervisor offender Rehabilita-
tion counselor / F.o.I.I officer
Work Address: Upstate correctional facility
p.o Box 2001, 309 Bare Hill Road, Malone, N.y 12953

24. Defendant No 21: Roxanne Leclerc
Job Title: Offender Rehabilitation counselor
Work Address: upstate correctional facility
p.o Box 2001, 309 Bare Hill Road, Malone N.y
12953

25. Defendant No. 22: Tracy Nelson
Job Title: Supervisor offender Rehabilita-
tion counselor / F.o.I.I officer
Work Address: upstate correctional facility
p.o Box 2001, 309 Bare Hill Road, Malone, N.y
12953

## STATEMENT OF FACTS

26. On 5/3/14 after leaving Down state correcti-
onal facility O.B.S (Mental Health Observation)
I was transfered by Van by two correctional
facility officer to upstate correctional facility
P.o Box 2001, Bare Hill Road, Malone N.y 12953
which we arrive around 7:50 p.M. We unloaded

4 of my personal property bags out the back of the van on to an white push cart where as I then personal push the cart to 11 building and was told I will recive my property in 72 hours. Which in S.H.u, is procedure I was then escorted to A-1 company 13 cell.

27) At 8:15 PM Sergent Richard Scott came to my cell and inteviewed me I told him I was feeling suicidal and Homicidal and that I would hurt my cellmate.

28) At 8:17 PM sergent Richard Scott escorted me out my cell, out of 11 building to infirmary and put me on OMH watch. And stated "This is why we lose guys property."

29) On May 5, 2014 I came out of upstate correctional facility infirmary and was escorted back into 11 building and place in an holden pen. At 10:30 A.M I was interview by Sergent Luc Maynard where I explained I still feel suicidal and Homicidal and would harm my cellmate if place in the cell with him.

30.) However At 10:32 AM I was escorted to

A-1 company 13 cell. Where as the inmate in 13 cell, said he didnt wont to be in an cell with me, because of mental health condition.

31) Once agian I was escorted off A-1 company back in to 11 building holden pen around 10:35 A.M. And the inmate in A-1, 13 cell was moved to an diffrent cell location.

32) Around 10:41 A.M I was escorted out of 11 building holden pen back to A-1 company to 13 cell. Which I then became A1-11 building 13 cell bottom. When I moved in the cell it was urine in the conners of the cell, on the toliet rim and in the shower area. There were some stains on the matress and urine stains. I wasn't given any sheets, blanket, wash ray, towel or an pillow. The cell was very cold because the ventilation system was blowing cold air. When I ask sergent Luc Maynard for the above mention supplies he denied me them As I then laid in the fetal postion frezzing for the rest of the day and night.

33) On 5/6/14, A-1 company 11, building 13 cell, 7:40 a.m correction officers, Richard Winston and Adam Gallaghe did breakfast, both of

them, I told them I need cleaning supplies because the cell is filthy. And that I'm frezzing and I need sheets, blanket, wash rag, towel and a pillow. Because my head was hurting. They said they see what they can do and walk off.

34) On 5/6/14 11-A-1-13b time 8:35 AM O.M.H social worker John Marinelli ask me "how I'm I doing?" I told him I'm feeling homicidal and suicidal and I'm starting to hear muffle vocies in my head and I need meds for it. He said "Your not hearing vocies, your not homicidal" and walk off.

35) At 8:38 AM 3 minutes after John Marinelli left my cell correction officer Richard Winston ask me if I wonted to use the shaving razor because it was shower day. I accepted it. When he left I broke the razor apart and started cutting my risk to kill my self. At 8:40 A.M correction officer Richard Winston came back to my cell to get me for an interview with lieutenant Robert Barkman, which he witness me cutting my self and order me to stop and give him the razor.

36) After that on 5/6/14 time 8:40 A.M I
was taking to the nurse station in 11 building.
Sergent Patrick Baker ask me " why I did
it? I told him that I felt suicidal. I
Also told nurse Heath Baker I felt "suicidal"
when he ask.

37) That sameday at 8:42 A.M at 11 building
nurse station as I was getting cleaned and
bandage up. O.M.H John Marinell came, mocking
and and making jokes about me. And he
told sergent Patrick Baker he is not sending
me to O.M.H satellite unit and he is not
taking it as an attempt on my life.

38) Around 8:47 A.M after I got bandage
up I was place in the interview room in
11 building. And lieutenant Robert Barkman
ask me questions about my homicidal
threats tickts I caught 5/3/14 and 5/6/14.
I told him I'm not getting the right mental
health treatment.

39) Around 8:50 A.M sergent Patrick Baker
entered the interview room while Lieutenant
Robert Barkman was questioning me, and ask me
an few questions of his own I told them about my

mental health history. And that 21 days prior to coming to upstate, I cut my risk at Elmira correctional facility. And also that 11 days prior I tried to hang my self at Downstate correction-al facility. And that as soon as correctional officers pick me up from Downstate Mental Health (satellite unit) and brought me to upstate correctional facility I was put in the infirmary in Mental Health Observation, from 5/3/14 until 5/5/14 And that I'm currently on anti-depressants. And that I still feel sucidial and homicidal. I also explian I need cleaning supplies, wash rag, towel, pillow, sheets and an blanket because its frezzing cold in the cell. They Both said ask the officers I said I did. They both Said: "It is what it is."

40) So around 9:00 A.M, 5/6/14 I was brought back to 11 building - A-1 company 13 cell by correctional officers Richard Winston and Adam Gallaghe. I told them I need another Tee shirt because my current one was bloody, and I also told them agian I need cleaning supplies, Pillow, Towel, was rag, sheets and an blanket I also told them it been 72 hours can I get my personal property. They Said: Its not going to happen.

41) At 4:00 - 5:00 pm, 5/6/14, 11 - A1 - 13 cell correctio

nal officers Brain Fournier and Micheal Bashaw, JR was doing the chow run. I was fully dress with the lights on at my cell door, shivering and shaking because I was cold. Brain Fournier then look in my cell (seeing I had nothing in there but a mattress) then at me and said I refuse chow. I yell and said "I wont to eat!" Then correctional officer Micheal Bashaw JR call on his Walkie Talkie radio and stated "A·1·13 refused chow." I was very hungry my stomach, was hurting all night. Dinner is the last meal. It took me 16 hours to eat again.

42) On the same day 5/6/14 time 5:00 - 6:00 p.m 11· A1·13 cell, Correctional officer (Brain M. Fournier was doing cell clean up. I ask for cleaning supples, an spung and a toliet brush. He denied me and wispered I should not have piss officer Gallaghe off.

43) Around May 6, 2014 6:00 - 7:00 p.m all the inmates who put down for barber shop on A·1 company 11 building went except me. Which I know correctional officer Brian Fournier was behind it. Because denied me everything that afternoon.

44.) On May 7, 2014 I was on my cell gate

for sickcall around 6 - 7:00 AM 11-A1-13 cell
I ask nurse Heath Baker for some ache
cream because I had an serious break out
on my face which consisted of 19 pus bumps,
do to my filthty cell condition. My whole face
felt inflamed. He toll me to wash my face
with soap and water. I told him I didnt
have an rag or even soap. He Just look at
me and left. He Also denied me Medical
shampoo.

4) On May 8, 2014, at 11-A1-13 cell, 9:00-9:30 A.M
after freezing for 4 days laying in the fetal
postion with my hand and arm inside a tee
shirt and short sleeve shirt for most of the
days to keep warm, because the venilation
system was blowing cold air. correctional
officer Joey Dishaw brought me one towel,
2 sheets, 1 Blanket and a pillow case. He said
no pillows were avalible at the time and that
they didn't have washrags in the front.

46) On May 10, 2014 at 11-A1-13 cell around
6:00 - 7:00 pm correctional officer Matthew
welch the property officer in 11 building
said that searching for my property for a

couple of days, he finally found my property bags and that they were in an diffrent building. [I personal brought my property to 11 building 5/3/14. Sergent Richard Scott intentional lost my property, because I complain about my mental condition. It takes up to 72 hours the most to recive personal property in S.H.U which is the policy. It took me 7 days.] I had the same socks, underwear, pants, tee shirt and short sleeve shirt on for 15 days. And the same bloody tee for 5 days.

47) On May 12, 2014 time 6:30 - 7:00 A.M. Nurse Heath Baker stop at my cell 11-A-1-13B for sickcall. I requested ache cream because my face still had pus bumps and was inflamed which cause my face pain. I also told him I had an rash on my thigh from not being able to wash properly because I didn't have an rag. He dust walk off.

48) On May 12, 2014 time 6:30 - 9:00 A.M A1-company 11 building. O.M.H John Marinelli had an correction officer take me out my cell and escort me to the contral bubble. O.M.H John Marinelli told me to

stop taking my M.H.U meds so he can take me off his case load and he will get Lieutenant Robert Barkman to throw out my homicidal threat tickets I caught May 3", 2014 and May 5", 2014.

49) After an week of living in an filthty, piss and seamen stain cell that broke out my skin and inflamed it, which had an smell so strong it constantly made me nauseous, I was finally given cleaning supplies for my cell.

50) On May 15, 2014, 6:00 - 7:00 A.M  11-A1-13 cell, nurse Heath Baker stop at my cell for sick call, I ask for acne cream, cream for an rash on my thigh he immediately denied me that, I told him about fugus on my feet because I didn't have shower shoes for 6 days and the shower was dirty. He didn't even look at my feet but he said he seen no fungus.

51) On or about May 27, 2014, 9:00 A.M, 11-A1-13 cell. I seen an Inmate move in across the hall in 11 building · A1 company, 15 cell. About 9:20 A.M correctional officer Matthew B

welch took him out the cell. About 20 Minutes later correctional officer Matthew welch came to 11-A1-13 cell and said security said I'm now single cell and that they are moving me to 11 building A-1 company 15 cell.

52) On May 27, 2014, 9:30 A.M after being in 11-A1-15 cell I started to notice banging in my shower area immediately. Which is made of an light but strong metal. The area is hollow. Every two cells got an Joined shower which is Seperated by the light but strong metal wall So if an inmate bangs on the wall it is louder than an bass drum.

53) It was also banging on my desk area which was connected to my neighbor desk.

54) I also notice every time an officer makes his or her rounds, or any staff member nurse etc walks my neighbor will kick rapidly on his door. Which sound louder than 8 bass drums. But sharp and compact, which sounds like gun shots or when an car back fires. Its unexpected so an staff member will grab their chest scared, my self included.

55) I then learned I was next to an Mentally ill inmate A1-11-14B Ryzel Reeder who shouldn't have been in the facility, and who staff knows, and is fully aware this inmate displays this type of behavior and put people next to him as retaliation to deprive sleep. And to physiological torture inmates

56) On may 21,2014 time around 10:00 a.m I had an Video Confrence in upstate Visting room with an psychiatrist because I miss Some med rounds. Because even though the meds was working they making me have complications. So she reduce my dosiage. OMH John Marinelli tried to get me to stop taking my meds I said why when they are working. He got mad.

57) On May 28,2014 time about 6:00 - 7:00 p.m 11-A1-15B Nurse Heath Baker stop at my cell to give me my M.H.U meds He gave me an big white pill that almost look like an pain killer and it had an banna taste. I ask him why is this pill diffrent from previous ones other Nurse been giving me since my meds been reduce he said thats how they come. An hour later I threw up servel time and had an migrian.

58) On 5/29/14  11-A1-15 B time 6:00 - 7:00 p.m
Nurse Heath Baker gave me a big yellow
pill I ask "why is this pill yellow?" He
Said are you going to take it or not I
ask him why come every time he personally
give me meds I throw up etc He said that
is the side effects And an half of hour later
I threw up and had an migrian for two
days.

59) on 6/2/14 , 11-A1-15B time 4:00 - 5:00 pm
I told her about how ( An Female med nurse) Heath
Baker is giving me diffrent colors and size pills.
She said "at night you supposed to get an
orange one and a small half of white on in the
morning. And if that is whats going on you
should write the nurse administator Nacy smith."
So I did about that situation and about how he
is denying me meds

60) On 6/3/14 time 6:00 - 7:00 A.m  11-A1-15 B
Nurse Heath Baker gave me an small half of
white pill like every other Nurse And he also had
an female nurse present with him that morning.
I ask for rash cream and foot cream.
Heath Baker said "you put down for sickcall every
day asking for that your not going to get it no

doctor prescribe you that." The stuff I requested is over the counter meds thats on every sickcall cart in new york state. That Nurses regularlly give out.

61) On June 10,2014 11-A1-15B time 10:00-11:00 Am OMH John Marinelli stop at my cell saying that "Liutinent Barkman dimiss" my Homicidal threat tickets from 5/3/14 and May 5, 2014. He ask me "Are you going to sign off on your meds?" I said "no." He said: "So you broke the deal?" I said "Yep." [Liutinent Barkman investigated Both Misbehavior reports, being he was the hearing officer on both, if found guilty I would have gotten an reversal any way.]

62) And I also told John Marinelli about Nurse Heath Baker giving me diffrent shap, sizes and color pills. I said or rather he said: thats how they come." I said they are not supose to look like painkillers and anti botics. He said maybe thats an "sign." So I ask did he have any thing to do with this? He winked his eye. I also told him his pal is not giving me medical treatment. He said if I sign of on my meds I will see an doctor immediatly. And that I had 3 days to think about it.

(63) On June 11, 2014  11-A1-15B, Time 6:00 - 7:00 A.M. sickcall Nurse Heath Baker stop at my cell to give me my Mental Health meds.

(64) I told Nurse Heath Baker I'M not taking any more meds from him [ Because he wasnt giving me the right Pills and every time I take meds from him I throw up or have migrians etc And being that O.M.H social worker John Marinelli prove On the prior day June 10, 2014 that Heath Baker was giving me the wrong pills ] and that I will wait until the p.m to take my meds.

(65) That afternoon around 4:00 p.m I recived an letter dated 6.9.14 from Nurse Administrator N. Smith stating in sum. " Celecin 20 mg at this time is orange." eK

(66) Around 6:00 p.m that afternoon the nurse told me , when it was time for my meds that Heath Baker disconitued my Meds It usally take 3 refusals in a row to have M.H.U disconitued.

67) On June 6/2014 around 7:00 - 8:00 AM They call commissary rounds on 11-A1 company Sergent Randal Smith gave out commissary sheets. He skip my cell 11-A1-15B and didn't give me one but gave every body else one. [He also denied me an pillow, pillow case, wash rag and an towel when I ask.] I couldnt buy personal hygiene products, writing pads and playing cards and greeting cards to send my love ones.

68) on June 15, 2014 about 12:00 - 1:00 p.m 11-A1-15B after about 2 months and 10 days asking staff for an pillow, pillow case towel and wash rag I was provided with them.

69) on July 1, 2014 Time 9:00 - 10:00 A.m I was finally able to see an doctor, of my 14 bumps [gone] was dark blimeshes, my foot fugus was gone and the rash gone. It left an big black mark which I still have to this day. And almost 2 months of complianing I was able to see doctor.

70) on July 8, 2014 11-A1 company around 3:00 - 4:00 pm they called Barber shop over the loud speakers correctional officer Jeffrey premo was doing the list when he approch my cell

he was doing the list when he approch my cell 15b I ask for baber shop he said "You the nigger who be filing all the grievances wait until next month." Then he walk off. I was on razor depervation for cutting my risk. So I couldn't use the state razor every week to shave like other inmates. So I look foward to having barber shop as I had an big beard which was very irritating and bad for hygine.

71) When correctional officer Nicholas Ashline made his rounds on 7/8/14 3:00-4:00 pm 11-A1-15B I told him please let me get baber shop correction officer premo didn't let me put down. He said "Maybe you should stop being an cry baby you are only digging your self in an deeper hole."

72) On 7/8/14 time 6:00-7:00 p.m 11-A1-15B correctional officer Nicholas ashline was doing cell clean up I ask correctional officer for some cleaning supplies. He Said "Now the cry baby wont supplies no!" The correctional officer that was with him said "let the man clean his cell its bad enough yall didn't give him baber shop look at his face." only then did he give

me cell clean up.

73) From the date of May 27, 2014 until 9/22/14
[with the exception of 9/2/14 until 9/7/14
because I went to mental health observation
which I will shortly explain] Almost 4 months
of my neigbor banging and kicking on the shower
area, Desk and door all day. Which I was
only able to muster about two to three hours
a sleep a day. Because any time he thought
I was sleep. He would bang me out, combine
with being confined in harsh isolation, severe
deprivation, Retalition, Harassment, Nurse Heath Baker
and O.M.H John Marinelli conspiring to have my
mental health Medication discontiued and additron
to not having an pillow for months I begun to
have hallucinations, confusion, nervousness, loss
of impulse control, conceration deficits, insomia,
headaches and debilitating migrains.

74) On July 17, 2014 aproximately around 7:30 AM
at 11-1-15 B I spoke with Sergeant Michael
J. Eddy requesting to be move to an Level 3
gallery, so I could get additional personal property
Books, Magizines, pictures, Sneakers, Shorts, Moving
in the facility with out waist chains, extra shower
and recreation. I Also told him I been P.I. MS3

for 11 days, and that inmates who came after me to 11 building A1 company that is P.I.MS 2, has been going to level 3 galleries before me. And how my neighbor is depriving me of sleep and that I'm being physiologically torture. He said I will be moving shortly. However it never happen.

75) On September 1, 2014 11-A1-15B Time 9:00 PM after being deprive sleep and being physiological torture for months with all the bangin' and kicking combine with harsh isolation, severe deprivation, Retaliation, Harassment, Nurse Heath Baker and O.M.H Marinelli conspiring to have my mental health meds discontued and in addition with not having a pillow for months, hallucinations, confusion, loss of impule control, conceration defects, insomia, headaches and delibtating migrians. I begin feeling depress and suicidal so I began to make a noose to kill my self. I tied the noose around my neck. An officer came by and seen what was happen and save me. I was sent to infirmary in mental heath observation. All officers in the area said my neighbor had an repertation of sending his nighbors there etc.

76) On September 8, 2014 upon returning from O.B.S Mental Health observation back to 11-A1-15 B. All the inmates on A1,11 building was calling me a rat. Because while I was gone O.M.H John Marinelli told my neighbor I was telling on him. My neighbor begin to torment me while he was banging.

77) On September 10, 2014 time 7:00 - 8:00 A.M 11-A1-15B I ask Sergent Laura M Gokey why is people who is P. I MS 2 and who came after me moving she wisphered because They dont write grievances. I told her my neighbor is depriving me of sleep and all the physiological effects and the migrains. She said she see what she can do but nothing happen.

78) On September 19, 2014, 5:00 - 5:30p.M at 11-A1-15B I spoke with Sergent Randell smith I ask him why wasnt I move yet. And that my neighbor is driving me crazy! He said its no cells open However 11 building 38B was open and unoccuppied for about a week.

7A)On october 7, 2014, time 6:00-7:00 A.M
11-B2-37 cell I was on my gate. I
told Nurse Heath Baker that I have an
rash on my side, that is spreading around
my side, and my body. He said that the
red rash is, Stretch Marks. However I had an
six pack at the time and no body Fat. I
Told him that I was in unbearable
pain. and need Medical attention I was
denied.

80) On october 10, 2014, time 6:00-7:00AM
when an nurse seen the rash She[11-B2-37B]
immediately sent me to the infirmary Saying
I had an virus. She ask how long I
had the rash I told her since 10/6/17.
I told her, I told Heath Baker, on 10/7/17.
She said he should have knew better
an should have sent me to the infirmary
a.s.a.p. And they rash wouldn't cover and
spread around my body It turned out
I had Shingles. I was in isolation, infirmary
for 5 days in Server pain. Geting anti-
biotics as to treat, the virus.

81) On october 14, 2014 upon arriving
from the infirmary 11-B2-37 bottom

time 3:00 p.M & recive an letter from
Nurse administrator Nacy Smith dated 10-10-14
Saying: "you need to Sign up for sick call
for evaluation of your medial condition."
You have been evaluated and deemed to have
Stretch marks not a rash. No treatment
is indicated." At this times I still had
the Shingle Virus and taking meds to heal
the last infection rash on my back.

82) On 10/14/14 11-B2-37 B at 3:00-
4:00 P.M I was on my gate waiting to
recive my mental health Meds And Nurse
Michele ByNo Just walk by my cell. Like
she didnt hear me.

83) on 10/16/14 11-B2-37B Time 4:00-
5:00 p.m after not reciving my meds for
3 days Michele Byno told me My Mental
health meds was discontued.

84) On 10/23/14 I ask Michele Byno
[11-B2-37 B Time 5:00 p.M] Why havent
I been getting my M.H.U meds? I Showed
Nurse Michele Byno an Letter From Timothy
Kemp saying I been reciving my meds on
a regular basis. She said: "so". Because

its obvious she was lying to him, telling him
I was getting my Meds, which I was not.
From 10/19/14 until 10/31/14 I didnt
recive my mental health Meds. which had
me feeling more depress combine with the
other effects they was having on me.

85) On 12/1/14 I filed an grievance on senior
counselor, F.O.I L officer Denise Bernier after
leaving upstate correctional facility and being
transfered to Green Haven correctional facility
and finding out that video footage I requested
of [video] of my mental ill neighbor banging
all day wasn't there.

86) On 12/29/15 I was transfered back to
upstate correctional facility upon arrival
my escort officer brought me to
be interview by sergent Randel Smith
I told him I hope he is not
putting me back next to inmate Reeder
he said: "NO."

87) Around 8:00 p.m 12/29/16 I was
brought to 11 building A1 company
and place in 18 cell. The Kickilng
and the banging started immediately

which I knew I was back next to Inmate Reeder. This agian depriving me of sleep and peace of Mine.

88) On 12/30/15 time 7:00 AM 11-A1-18 cell I talk to Sergent Randel Smith about moving Next from 11-A1-17 cell. However nothing happen which I knew it was retaliation from filing grievances in the past at up State.

89) On or rather from December 29, 2015 until January 27, 2016 Almost 1 month my neighbor was banging on my bed area, dbor all day [The beds in 11-A1-17 and 18 cell are connected] which I was trumatize from my last State at upstate correctional facility This depriving me of Sleep.

90) On January 2, 2016 I recived a letter from Green haven correctional facility F.o.i.l officer Stating in Sum: You were transferred before you were able to review requested Video footage, but they have been paid for These requested items have been forwarded to the F.O.I.L officer in your current

facility for you to review. I was able to
listin to the hearing tapes after inquiring
about viewing the D.V.D offender Rehabili
tation counselor Roxanne Leclerc told
me I would have to write her boss
Supervisior Rehabilitation couselor. Denise
Bernier who also serve as the F.o.i.l
officer.

9) So about from 1/3/16 to about 1/18/16
I began to write D. Bernier every day
to review the D.V.D because I wonted
to see if all Video footage was there
before I ship it to the director of
Special housing unit to have as an
exhibit while considering my disciplinary
appeal [ Where I was beat up by staff
and was set up with false charges of
Assault on staff, violent conduct and
lewed conduct] I wasnt able to get
the D.V.D in time.

92) I filed an grievance on 1/18/16.

93) I received an response from Denise
Bernier dated 1/15/16, but I recived it
1/21/16 It stated in sum: The records

dose not exist at this facility contact Greenhaven c.F. ﹦

94) About after 2 Months at about 12:00 p.M Feburary 11, 2016 When [petitioner] Me was getting a notary for an Artical 78 after the unconstitutional hearing from 12/9/16 was modified [The reason why I came back to upstate c.F] I explain to notary officer Juilie Hungerford what Denise Benier was doing [Not given me itiems from green haven c.F etc] Juilie Hungerford ask for all My documents.

95) At 11-A1-18 cell 2/19/16, about 2:00 p.M Juilie Hungerford ask was I able to view the DVD? I told her no. she told me she personally brought copies of my documents [The letters from oGreenhaven F.o.il officer written to Me and up-state F.o.il officer confriming the DVD and tapes was paid for. And two reciepts of the D.V.D and tapes, And a letter from upstate inmate Records staff saying none of the itiens was place in my property.] And that Denise Bernier confirmed the DVD is at the facility and the tapes are at disciplinary. She also

Said they are making something so
small a big deal and that Denise
Beriner clearly don't like me and that
she is crazy.

96) Around 2:30 p.m 11-A1-17 cell, 2/19/16
I explain to my o.r.c Roxanne leclerc
that Julia Hungerford confrim that the
D.V.D is here. Because for the last month
or so my orc, was saying my D.V.D and
tapes wasnt at the facility, even though
I showed her all the documents showing
they were there, and even though she seen
me listining to the tapes. She said MS.
Hunger-Ford is lying and that she is only
an grad 6 pay etc I said " what the Hell
that got to do with anything ?." She said
more degrading things about MS. Hungerford.
Just for helping me get Items I paid
for.

97) However around 4:00 p.m, 11-A1-17 cell
2/19/16. I recived a letter from Denise Bernier
that had a note attached from orc Leclerc saying
" DVD is being returned to Greenhaven as it not
has been purchased tapes are in possession of
security for you to listin to. Send request to

GH if you wont to purchase. [By a memorandum from green Haven F.o.i.l officer dated February 1, 2017 which stated in sum she was advised that Appellant "is missing items from his personal property that he has purchased through [G.H.CFs] F.o.i.l office in the past: specifically, "3 hearing tapes and 1 D.V.D," the GHCF F.o.i.l office enclosed a copy of D.V.D, and inadvertently sent tapes to Tracy Nelson]

98) On around 1/31/16, 11·11·17 cell I requested video footage of a mentally ill inmate banging all day. Video footage was denied. However in 2014 before I drop an grievance it was never a problem getting Video footage of Inmate Reeder banging [Even though most the footage requested wasn't there.] With an F.o.i.l Request from Denise Bernier.

99.) So I requested video footage of a correction al officer walking by my cell singing to piss the Mentally ill inmate off to kick more, on 2/10/16.

100) I was told to request an 60¢ disburstment on 2/12/16 , When I submitted an disburstment I was told the camera wasn't functioning

101.) When I requested a work order for Said camera 2/13/16, on 2/17/16 I was told the cameras are on reset.

102.) On 2/11/16 I requested a copy of video footage about Grievance officer talking to me about my sleep being disturbed and was told to submit $93.46.

103.) After funds was submitted, on 2/16/16 Denise Bernier wrote me saying the recorded wasn't functioning on 2/6/16.

104.) So on 2/17/16 I wrote Denise Bernier letting her know that I wasn't requesting video footage from 2/6/16 and that I wanted video footage from 2/8/16 However agian I was told the recorder on 2/8/16 wasn't functioning [But Jessie Barnes, who got an Misbehavior report on 2/8/16 around the same time 930 - 11.00pm, was able to view video footage at his disciplinary hearing.]

105.) On 2/12/16 I requested video footage from the clinic and was told I will be charge $93.46. However in 2014 ~~~~ Before I ever filed an grievances agianst Denise

Berner on 6/30/14, I was charged 60¢
for video in the same time frame
[ 1½ hours ] [And 60¢ for 23 hours 59 mins 9/25/14, vida.]

106) So I wrote the open committee
of government about Denise Berner retaliating
against me and her charging me $93.46
for video footage under two Hours.
on around 3/14/16 I recive an letter
Dated 3/14/16 from the open committee
of Government saying I cant be charged
that amount for my request and the proper
amount would be 60¢., they also foward
Denise Bernier a copy.

107) So on 3/20/16, I agian requested video
footage from 2/12/16, and agian Denise Bernier
sent my disbursment [60.¢] back saying "This
is in response to your letter regarding
to the above F.O.I.L. I did received a
copy of the advisory opinion from the
committe on government. However your request
was processed in accord with existing Doccs
directives"

108.) So I wrote committe on open government
again and Kristin o'Neill assistant Director

wrote Denise Bernier personally in
an letter Dated 4/7/16 in sum". "We
are writing in response to an inquiry
from MR. Equarn white relating to fees
you have assessed him for copy of a video.
In our opinion, your proposed fees relating
to cost of reproduction are inconsistant
with the law" However my request was still
denied [. However dere to an artical
78 June 21, 2017 the supreme court
argreed that I was unreasonable denied
F.O.I Request and that Denise Bernier price
was inconsistant with LAW and I was
charged 60.4 for F.O.I 16-0227] [However video
Footage was destroyed by T. Nelson]

169) On March 29, 2016, 11-B1-9 cell, 9:00-
11:30p.m orc Roxanne Leclerc came to my
cell saying she received a decision from
Albany on 3/28/16 stating that I was
required to take a sex program. And that
she dont not know why. [I found the timing of this
newly acquired need disturbingly suspicious being that it
was 3 months and 20 days after I was found guilty
at an unconstitutional hearing for Lewed conduct
where I was denied witnesses, vidio footage,
an unbaised hearing, yntimely and other
documentary Evidence]

110) So on 3/30/16, time 11:00 P.M 11-61-9 cell
I ask ORC Leclerc for a copy of this
Albany decision and my case plan that was
reviewed with me 3/11/16 that said no sex
program was needed. upon inspection of the
albany decision I seen Denise Bernier
Signature under MS. Leclercs. I came to the
realization that I was tricked. And the right
hand corner of the page had referral to
central office and need given 3/28/16. So,
contrary to playing naive about not knowing
why albany added the newly required need
was untrue. Because either her or Denise
Bernier put the refferral in.

111) So on April 1, 2016, When ORC R. Leclerc
did her daily rounds, Petitioner questioned
her. She admitted that she put the refferral
in and not with standing her prior
explanation, she tells me she put the
referral in because I got 3 lewed
conduct tickets and its mandatory she
dose that. However From May 3, 2014 - october
31, 2014 for almost 6 months Roxanne Leclercs
was my orc and knew about the 3 Lewed
conduct tickets we had about 3 quarterly
reviews and in June 2014 I requested my

disciplinary history and she printed it out.
When I arrived back at upstate C F
ORC showed me the Lewed conduct
ticket and the assault tickets of why I
was in S.H.U And she said the only programs
I needed was A.R.T. And on 1/5/16 I ask
ORC R. Leclerc for a print out of the 2
false assault on staff and the false lewd
charges to see if the appeal was pending.
And on 1/14/16 I asked ORC Leclerc for
another copy of my disciplinary history, to
See if the appeal was modified 1/29/16 and
she gave me my Disciplinary incident summary.

112) So on April 1, 2016 11-b1-9 cell I asked
ORC. R. Leclerc for some thing in writing
or a directive that says if you catach a
couple of Lewd tickets, that it is required
of her to put in a referrall for petition er
to take a Sex program. She told me to
write D. Bernier for the request. [F.O.I.]
I told her you know D. Bernier is
going to deny me that. R Leclerc was
aware that D. Bernier denied me every
request I made Since I arrived back
12/30/15 I was denied the request However
due to an artical 78 June 21, 2017

The supreme court agreed that the F.O.I.l
was unreasonable denied And contrary
to the 3 Lewed conduct tickets as
R. Leclerc said was mandatory Kimberly
Sesselman said its No policy stating such. And
they submitted page 11 to 12 of the S.O.C.P.T
Manule which stated in sum criteria 6# : Based
on the departments zero tolerance policy for inmate
on inmate sexual abuse as outlined in Directive
4027A ... inmates who are found guilty of a
tier disposition per the standard of inmate Behavior
for a sex offense, threats to commit a sex offense,
penal law offense of a sexual nature, or attempt
thereof while incarcerated will be referred to
office of Guidance and counseling S.O.C.P.T
Staff per criteria #6 and may be required to
participate in the S.O.C.T.P. If the inmate has
an established sex offender counseling need that
pre-dates the inmate on inmate sexual abuse,
a non-sex offense referral will not be necessary.
The Letter was back dated 7/9/17. So the only
charge is an inmate on inmate sex abuse,
requires a non-sex offense referral, Ny cA R 101.10
And Regression Referral E-Form SocTP that was
sent 7/5/17 clarify or rather clarified that if
an inmate completes S.O.cT.P and recive an
guilty disposition for any of the sex offense outline

in the department standards a regression referral
will be submitted. Which dont apply to Me.

113) Also on April 1, 2016 11-B1-9 cell
I told O.R.C R. Leclerc that due process
requires that an inmate to be notified of
the reason for his classification as a sex
offender without me having to request such
information from Fo.I.l ORC R. Leclerc got
angry and she forcefully stated " Since you wont
to be a smart ass, my boss told me
to put the referral in because you wrote her
up. [Furthermore] when the open committe sent
D. Bernier a copy about The price of F.o.i.l.
Then she walk off, double back to mumbe
some more comments then walk off agian.
[ I tried to F.o.il the video footage
of the conversation but was told I'll
have to pay $93.00, due to an Artical
78 decision that found the angency Price
was inconsistant with LAW and the proper
amount was 60.4 as I of yet recived
the F.o.il from Tracy Nelson S.o.r.c
D. Bernier replacement.] [After submitting funds 8/25/17 T. Nelson
dsstroyed Video footage]
    And after consistantly and adamantly requesting
the non-sex offense referal at clinton c.f

September 15, 2016. And contrary O.R.C. R.
Leclerc telling me that her boss told
her to put the non-sex referral was
untrue as it turned out D. Bernier
personally Submitted the referral 3/11/16.
And she added as other: White has
an history of violance Towards women,
which was uncessary.

114) On April 7, 2016 11-B1-9 cell orc
A. Leclerc Tried to apolinize saying D.
Bernier made her put the refferal in. [on
or around April 11, 2011 Tracy Nelson who
was shortly replacing D. Bernier Tried to
charge me $96.00 for the video footage
due to an artical 78 The Albany county
Supreme court rule the price was inconsistant
with LAW and price was modified to 60.¢
decision Made 7/21/17 I'm still waiting for
video footage. [After submitting fund 8/25/17, T Nelson destroyed
Video Footage]

115) On 3/28/16 I filed an grievance about
Tracy Nelson and D. Bernier, Being coruptive to
the F.o.i.l process that I had to get
notirize because I.o.r.c wasn't filing
my grievances about them.

116) On April 4, 2016, I requested a copy of Doccs rules and directives related to sex offender counseling need However I was told the documents were being redacted [4/6/16] by Tracy Nelson. I ask her what part of redaction she was referring to? After being notified that answer was being prepared I never recive an response [ After filing an Artical 78 The documents mention in paragraph 112 in this compliant was provided ]

117) And I did my investigation and found out not every inmate who caught Lewd conduct infractions or mulitple for the most part have non-sex offense referrals submitted and I read multiple documents that shows only an inmate on inmate sex abuse is required for such referral

118) From 12/30/15 until April 31, 2016 Rats continusly ran in and out of my cell.

119) On April 16, 2016 while in my cell 11-B1-9B 7:40 - 9:30 p.M while using the bath room

I witness an mouse with Red eyes in my cell, I tried to back up and cover the entrance of my door so I could trap and kill it, but it viciously lunged at me biting my left big toe the side causing me to bleed. I call on the company for emergency sickcall with the help of other inmates officers and nurse George Waterson came to my cell I showed him the bite mark as it was bleeding. He said he will get me a band aid, I told him I need an tefanus shot. He never came back. And when I ask the nurse or rather an officer who did the next Round for and a band he said nurse waterson said sign up for sickcall.

120) On April 17, 2016, 11-B1-9B   Time   7:00 A.M I seen nurse Heath Baker about the bite he gave me povidonelodine Antiseptic swabstics.

121) On 4/18/16 I put an sickcall slip on my gate which is the process if you wont to be seen for sickcall the next day at 6:30 - 7:00 p.M Nurse Gorge waterson pick up my sickcall slip

122) On 4/19/16  11-B1-9B , 6-30 - 7:00 A.M I was on my cell door with the lights on Nurse

Christy L. Conklin did sick call rounds.
She said I was not down for sickcall
so George waterson intentional destoryed
my sick call slip.

123) So on 4/19/16 11-B1-9B, In the after-
noon while my steady officer was picking
up LAW library slips I was on the cell
door, I was coughing up blood and wispered
I need emergency sick call 5 minutes later
nurse christy L conklin came to my cell
I explain I had severe stomach pain
and I was coughing up blood and I
belive I had an infection on my foot which
I showed her because I was bittin by
an mouse this weekend and it got worse
with my skin turning yellow and green
that area and that I need an tetanus
shot. She said why didn't tell her this
morning I logically explain that she said
I wasn't on the sick call list and that it
wasn't emergency then as I was not spitting
up blood she said she had to check my
chart

124) 30 minutes later she came back with
some meds for my stomach meds for my

head ache and some prorixied in an clear
small plastic cup and some vasintration
ontment for the bite. I ask her can she
make an referral for me to get an tetanus
shot because the Medical swab Heath Baker
gave me 4/17/16 said if condition presist
for more than 72 hours, animal bites etc
contact an doctor. She said she dont
care and if I was going to take the treatment
or not. She said I'm lucky she doing
that. Everyday it was some type of
abnormal behavior at upstate c.F. [ I
requested video April 17, 2016 of all mention
above incident when I was bitten by the
mouse on April 18, 2016 Tracy Nelson sent
my request back saying I need dates because
I was so trumatize I for got to put
them down so I requested video footage 11-B1-9B
cell 4/16/16 from 7:40 p.m - 9:35 p.m, 4/17/16 from 6:00
am - 7:30 a.m and 4/19/16 from 11:30 pm - 1:25 p.m
However Tracy Nelson never respond and
due to an Articul 78 Found out she
never process my April 19, 2016 request]

[25] And April 25, 2016 Leaving upstate c.F
and arriving at clinton around 4/25/16 that
night getting my property an mice ran

my property bag, you could tell it been in there for months as it ate OATmealq soups, bite through most of my shirts. due to my claim it was granted August, 2016 for my damage property, from the rat eating and biting everything in one of my bags.

26.) On 3/4/16, time 3:00 p.m, 11-B1-9B I recived an Grievance decision from Superintent Donald utller saying he found no evidence of inmate Reeder banging which was untrue. All Staff and include some inmates knows Inmate Reeder bangs all day. That's why they put inmate who file grievance next to him as he will tell any Staff "That's what I do!" on 2/8/16 when grievance officer Todd Manley was interviewing me about the grievance Reeder was kicking. And in 2014 Summer July or August Reeder was written up for kicking his door when the Superintent and the Excutive teum was making Rounds. Also Shortly before I arrive Inmate RASZell Reerder hit the Superintendent with feces. And every time he was brought out his cell Staff wore equipment that look like space suits.

127) On April 21, 2016 11 building B1 company 9 cell 1:30-2:30 p.m. Tracy Nelson came to my cell saying she wonted to discuss somethings before I left the facility.

128) First she said my counsalor put the referral in for S.O.C.P.T as policy on 3/28/16 and should or rather gave me paper work stating the same that she her self typed up [Even though I found out later that Denise Bernier put the non-sex offense referral in personally 3/11/16] I disputed saying my ORC Roxanne Leclerc told me Denise Bernier told her to put in because I wrote her up. I also told her it was on video footage. Then Tracy Nelson admittdor rather admitted she was there when the referral was put in I also discuss how S.O.C.P.T violate LAW and cited case I read. She said its nothing I could do about because Denis Bernier retired and that now she is the New SORC, F.o.il officer. I told her D.Bernier threw her under the bus.

129) I Also ask her now that Denise Bernier is gone is she going to start up holden

the price of 60¢ that the open government committe said was proper and not the practice of $ 93.46 she said the Superintendant said they dont have to follow that, and that is Just how upstate is and that I could write albany.

130. I Also ask her why is she not responding to my request [For referral - non - sex offense] She said listin it not going to happen and that Denise Bernier left her Instructions how to run the Foil process and the superintendent and other higher ups gave her how the program gose and shes not changing it. I also ask her to give me a reason she was redacting my Foil Request about Directives in an sex program [Because I wrote and she told me she had to find out a reason for redacting it] She said its complicated. I said the reason its complicated because its not Legal and your trying to make an specious excuse, but it dont even sound right to you

131. She look amuse and Said I was smart and look down at my private area and wispered let me see it. I

said "No!" She said she will let me
get the F.o.i.l's I agian told her kn or
rather "No!" She said. oh your really not
like that" And that she was Just playing.
I said all you had to do is tell the
c.o I did that and no matter what I
said they would have found me guilty
She said she know she has been working
for Doccs 15 years [It was no reason
At all for her to be at my cell, I
been too, upstate 4 diffrent times about
2 years all together never once did
An S.o.r.c come to my cell And I
been in state custody 9 years and 6 months
and not once did I ever even speak
with an S.o.r.c]

132) She also tried to get me to apologize
about calling her Denise Bernier "Flunky"
and her being intiated in corruption to
prove her loyality. I told her I'm not
apologizing for my grievance, which she
had an copy of while she was standing
at my cell. She said do I have an
problem apologizing. I said I'm not wrong
and I'm constantly being denied stuff I'm
entitled to and outside Angencies is

agreeing, she said when I go to my next facility, she will write about f.o.i.l request. Then walk off. [When I left she still unresonable denied foils or charged excessive prices.]

133.) From May 3, until October 31, 2014 and From December 30, until April, 2016 I was in severely harmful condition in an isolation cell with little or no human contact or other stimulation, no programing, 2hours out of cell and no recretion with other inmates. Also The lights was on all day severly damaging my eye sight [Around March 2015 an eye doctor said my eye sight drasically got worst from my last check up for glasses in 2009] which combine action was mentally and Physically damaging.

## Claims For Relief

### First Cause of Action, Count 1:
144) Denial of Medical care
Plaintiff V. Defendents John Marinelli, Richard Winston, Robert Burkman, Patrick Baker and Heath Baker, Federal constitutional claim -- Violation of EIGth Amendment

145) Count 1: 42 U.S.C 1983, Against Individaul defendants

146) Paragraphs 1 through 133 are incorporated by references as though fully set forth

147) Defendants J. Marinelli, R. Winston, R Barkman P. Baker and H. Baker was deliberate indiffrent to plaintiffs serious Medical needs with thier failure to send Plaintiff to an Mental Health observation cell and letting him see an psychiatrist after after Knowing Plaintiff was homicidal, suicidal and that plaintiff Just cut his risk to Kill his self and after Knowing the above, sending him back to his cell subjecting him to potential risk.

Second Cause of Action count 2:

148) PLAintiff v Defendants John Marinelli, Heath Baker Robert Barkman, Patrick Baker, Richard Winston, Adam Gallaghe, Brain Fournier, Micheal Bashaw Jr, Richard Scott, Donald uhler, Luc Maynard, Randel Smith, Micheal Eddy, Laura Gokey, Jeffry Premo, Nicholas Ashline, Nacy Smith, Michele Byno, George Waterson and christy conklin, Denial of Medical care, Basic Human needs and Retaliation Federal Constitutional claims. First and EIGHTh AMendment Violations

14) Count 2: 42 u.s.c 1983, 1986, Against individual defendants.

150) Paragraphs 1, through 133 are incorporated herein by references as though fully set forth.

151) Richard Scott violated my 8th AMMendment right which was crule and unusual punishment when denying Pliantiff Basic human needs, when he intentional lost Pliantiff property bags Thus Plaintiff had the Same socks, underwear, pants, teeshirt and short sleeve shirt on for 15 days unwashed, no deorderent and no shower slippers, which cause fuggs on my feet. [I Also, had on an bloody tee shirt for 5 days.]

152) Defendents Luc Maynard, Richard winston, Robert Barkman, Patrick Baker, Adam Gallaghe violated Plaintiff 8th Amendment right to Basic human needs which was crule and unusual punishment when they had Plaintiff in a cell with human body waste all over matress, toliet, shower area in conners. In addition the cell was freezing because the ventilation was blowing cold air. where as defendants denied Plaintiff 2 sheets, blanket, wash rag, towel

Pillow and pillow case. Defendant Also denied Plaintiff cleaning supplies. Which broke out and inflamed Plaintiff Skin, Rash on his thighs, foot fungus the smell had Plaintiff feeling nauseous. [only after an week Plaintiff recived cleaning Supplies, and 4 day latter he recived two sheets, 1 Blanket and a pillow case.] And 2 Months and 10 days after, I was given an pillow, towel and wash rag. I had bad head Aches with no pillow.

153) Defendants Brain Fournier and Micheal Bashaw, JR violated Plaintiff 8th Amendment rights to Basic human needs which was crule and unusul punishment when they denied plaintiff dinner in addition B. Fournier denied plaintiff Barbershop, cleaning supplies as retaliation for getting Adam Gallaghe mad when Plaintiff tried to kill his selfi

154) Defendants Heath Baker and John Marihelli was dileberate and indiffrent to Plaintiff medical needs when, [under 8th Amendment] when they intentionally conspired to get Plaintiff to stop taking mental health meds to get Plaintiff off J. Marihelli case load by given Plaintiff the wrong **poisonous** Pills

which cause plaintiff to throw up and have migrians and intentionally delaying medical treatment for Plaintiff symtoms from his harsh cell conditions [ Pus Bumps, Rash and foot fungus ] So J. marinelli could use as leverage to get Plaintiff to stop his meds. And once Meds was stop Plaintiff tried to commit suicide agian.

155) Defendents Randel Smith, Michael Eddy, Laura Gokey and Donald uhler Violated Plaintiff 1th and 8th Amendment rights by Placing him in an cell next to a mentally ill inmate, to deprive sleep and physiological torture Plaintiff. Because plaintiff filed grievances agiasnt mutiple defendant In this complaint. In addition to defendants Putting an hold on Plaintiff to stay next to the mental ill inmate where Plaintiff couldn't enjoy extra privlages of P.I. MS 3.

A) Defendant Randel Smith denied Plaintiff an commissary buy for filing grievance. And when Plaintiff return back to upstate 12/30/15 moved Plaintiff back next to mentally ill inmate to deprive sleep and to Physiological torture

Plaintiff when in addition other cells was open that plaintiff could moved to.

B) Defendant Donald Uhler failed to protect Plaintiff from his sleep being deprive and [torture] being physiologically, And intentionally covering up Grievance decision on the issue, to Keep Recder as an weapon for inmates who filed grievances.

156) Defendant Jeffrey premo and Nicholas Ashline Violated may 1th an 8th Amendment right by Intentionally denying Plaintiff barber shop to take care his hygine for filing grievances.

157) Defendant Nancy Smith and Heath Baker Violated Plaintiff 1th and 8th Amendment rights when Heath Baker was deliberate and indifferent to Plaintiff serious Medicul and when he intentionally denied Plaintiff medical treatment for the shingles Virus, because Plaintiff filed mutiple grievances about him denying plaintiff medical treatment in the past.

A) Nancy Smith the nurse Administator failed to protect Plaintiff from Heath Baker being deliberate and indifferent to plaintiff serious medical

needs, when on same day Plaintiff was put in the infrimary for the shingles virus, she sent plaintiff an letter stating in sum " you had stretch marks etc sign up for sickcall" Plaintiff recived letter once he left the infrimary still reciving anti-biotics to cure the last part of the virus.

B) Also Nancy smith failed to protect Plaintiff from Heath Baker giving him the wrong medication, when she knew the color of the mental Health Meds describe by Plaintiff in the letter he wrote her, wasn't the ones prescrib.

158) Defendant Michele Byno violated Plaintiff 8th Amendment right when she intentionally didn't give Plaintiff his mental health meds for 17 days, This serious denial was diliberate and indiffent

159) Donald uhler violated Plaintiff 8th Amendment rights where from 12/29/15 until 4/25/16 numerous Rottens ran in and out of Plaintiff cell, and Defendant D. uhler failed to call an exterminator this putting Plaintiff in Potential risk of danger which Plaintiff was ultimately bitten.

160) Defendants George waterson and christy conklin Violated Plaintiff 8th AMMendent rights when they were dilliberate and indiffrent to plaintiff Serious medical needs for an Rotton bite.

A) Defendant George waterson failed to treat Plaintiff after Plaintiff Showed Defendant he was bleeding and explain that he was bitten by an MICe with red eyes 4/16/17 And on 4/18/17 Defendant destoryed Plaintiff Sick call Slip or failed to put in, Plaintiff, in for an tetanus Shot.

B) Nurse christy conklin also failed to put Plaintiff in for an tetanus Shot, after plaintiff was coughing up blood and my toe begin or rather being green and Yellow.

161) Defendant Donald uhler Violated Plaintiff 8th Amendment rights with Severely harmful conditions in an isolation cell with little or no human contact inadition with other conditions explain in paragraphs 1-135 of this complaint

A) Defendant Donald uhler had S.H.u cell fluorescent lights on 24 hours a day affecting Plaintiff eye Sight.

Third cause of Action count 3:

162)Plaintiff V. Defendants Denise Bernier,
Tracy Nelson, Roxanne Leclerc and Donald
uhler violated Plaintiff 14th Amendment
right to due Process, substantive due
process that was arbitrary conscious shocking
and oppressive, Access to the court, in addition
Equal Protection, 1st Amendment and 8th
Amendment.

163) Count 3: 42 USC 1983, 1986 Against
individual defendants

164) Paragraphs 1, through 133 are incorporated
herein by references as though fully set forth.

A) Defendant Denise Bernier violated Plaintiff
14th Amendment rights of access to the court and
his 1st Amendment by intentionally delaying and ultimately
not placing it in Plaintiff personal property and destroying
an D.V.D, Plaintiff purchased of an hearing officer
Predetermination of guilt while hearing recorded
was off [that she ultimately Put an non-sex offense
referral in for] where it was a 99% chance if D.V.D
was submitted to Albany with his administrative
Appeal, Plaintiff would have gotten the ticket reversed
instead of modified or Reversed and expunge

By an Dutchess county Justice on
an Aritical 78 if he was able to submitt
D.V.D [Plaintiff recived D.V.D a year after
he purchased it] in time where as Plaintiff
Had S.O.C.P.T add on his program needs
with Pre conditions to his redeause. Defendant
Did the above mention actions because
Plaintiff file grievance agaunst her 12/1/14
when he left upstate c.f and 1/18/16 upon
his return. And Also 3/28/16

B)    Defendants Denise Bernier and
Tracy Nelson Violated Plaintiff 1th AMendment
rights when they intentionally and deliberatly
denied, fail to respond and destroyed all
F.O.i.L Requests, made by plaintiff for filing
grievances on 12/1/14 , 1/18/16 and 3/28/16 and complaints

C)    Before Plaintiff every filed an
grievances aganst defendant D. Bernier 12/1/14
Plaintiff never had any problems obtianing
any F.O.iL request Plaintiff made that D. Bernier
later charge excessive Prices for or unresonable
denied. Even after outside agencies said Prices was inconsistant

D)    Defendant Tracy Nelson continued deny
or fail to respond to Plaintiff F.O.iL Request

about his sex offender program needs, directives and intentionally destroyed video footage of Plaintiff O.R.c R. Leclerc telling Plaintiff that the sex offense referral was for grievances and complaints etc And video footage of an nurse telling Plaintiff that an doctor at greenhaven knew about an infection but failed to treat Plaintiff. After an court order to produce said document or rather video footage. Because of Plaintiff grievances 3/28/16. In addition denying Plaintiff access to the court of claims on his Greenhaven malpractice claim. Because Plaintiff cant afford an medical expert.

E) Defendant Donald Uhler created an unwritten policy for F.O.I.L officers at upstate c.F to manipulate, destroy and charge Excessive Prices for Prisioners who file grievances so they cant have proof of corruption when they file lawsuits

165) Defendants D. Bernier and R. Leclerc violated Plaintiff 14th Amendment procedural due process and his 1st Amendment right when they submitted non sex offense refferal because Plaintiff filed grievances and complaints in addition that Plaintiff had no inmate on inmate sex abuse or fit any of Doccs directives for referral. And where defendants knew Plaintiff, knew had 3 Lewd tickets 23 months

before referral was submitted, and then only submitted referral after grievances] Plaintiff also challenged to have the recommendation vacted in administrative proceedings.

A) Defendants D Benier and R. Leclerc violated Plaintiff Substantive due process which was arbitrary consious shocking and oppressive. When D. Benier intentionally didn't let plaintiff have access to the DVD from superintendant hearing. [And Plaintiff was denied due process at the superintendent hearing that Led to the Sex offense recommendation] And the non. Sex offense referral in Plaintiff case was arbitrary as a matter of LAW.

B) Defendants D Benier and R. Leclerc violated Plaintiff 14th Amendment rights under Equal Protection when they didn't put in non. Sex offense referral for other inmates who came to upstate C.F [ Plaintiff will have to obtian precentage in discovery in addition Plaintiff is currently in the F.o.i.l process of obtianing the precentage of inmates who came to upstate for Lewed conduct Tickets and how many had Sex offense referral submitted, when once obtian Plaintiff will submitt an admended complaint with additional defendants once grievances are exhusted etc]

166) Defendant Tracy Nelson violated Plaintiff 8th Amendment rights under crule and unusal Punishment when she ask Plaintiff to expose his penise in exchange for F.o.i.ls which was physical and physiological torture. [She knew Plaintiff was sexual abuse and harrass in the past by female staff [Plaintiff told her] in addition of making complaints about Misconduct Plaintiff was retaliated against and given false Lewd conduct tickets] Defendant abuse her athuority.

167.) All defendants, Plaintiff challenged, conduct was attributable to a person acting under color of state LAW and deprived the Plaintiff of rights privilege, immunity and secured by constitutional LAWs of the United states.

## Exhaustion of Administrative Remedies

168.) The Plaintiff has exhausted his administrative remedies with respect to all claims and all defendants.

169.) WHEREFORE, Plaintiff respectfully request Judgment in his favor and damages in his favor against each individual defendant in the amounts sufficient to compensate for pain and suffering, mental anguish, and all other injuries caused by the intentional misconduct by defendants as set forth above but not less than following:

A) Defendant J. Marinelli
- Compensatory: $10,000,000.00
- Punitive: 2,000,000.00, supension with out pay for 6 months

B) Defendant D. uhler
- Compensatory: $55,000,000.00
- Punitive: 13,000,000.00

c)
C) Defendant R. Barkman
- Compensatory: $3,000,000.00
- Punitive: $500,000.00

D) Defendant P. Baker
- Compensatory: $ 2,000,000.00
- Punitive: $300,000.00

E) Defendant Richard Scott
- Compensatory: 1,000,000.00
- Punitive: $50,000.00

F) Defendant L. Maynard
- Compensatory: $170,000,~~ ~~
- Punitive $10,000.00

G) Defendant R. Smith
- Compensatory: 35,000,000.00
- Punitive: $9,000,000.00

H) Defendant M. Eddy
- Compensatory: $10,000,000.00
- Punitive: $2,000,000.00

I) Defendant L. Gokey
- Compensatory: $11,000,000.00
- Punitive: $2,025,000.00

J) Defendant R. Winston
- Compensatory: $750,000.00
- Punitive: $25,000.00

K) Defendant A. Gallaghe
- Compensatory: 1,500.00
- Punitive: $70.00

L) Defendant B. Fournier
- Compensatory: $950,000.00
- Punitive: $150,000.00

M) Defendant M. Bashaw JR.
- Compensatory: $10,000.00
- Punitive: $1,500.00

N) Defendant J. Premo
- Compensatory: $2,000.00
- Punitive $250.00

o)Defendant N. Smith
 - Compensatory: $12,000,000.00
 - Punitive: $3,000,000.00

p)Defendant H. Baker
 - Compensatory: $15,000,000.00
 - Punitive: $5,000,000.00

q)Defendant M. Byno
 - Compensatory: $1,000,000.00
 - Punitive: $200,000.00

r)Defendant G. Waterson
 - Compensatory: $750,000.00
 - Punitive: $250,000.00

s)Defendant C. Conklin
 - Compensatory: $5,000.00
 - Punitive: $750.00

t)Defendant D. Bernier
 - Compensatory: $5,000,000.00
 - Compensatory or rathar Punitive $2,500,000.00

u)Defendant Tracy Nelson
 - Compensatory: $5,000,000.00
 - Punitive: $2,500,000.00

w) Defendant R. Leclerc
   Compensatory: $250,000.00
   Punitive: $ 20,000.00

x) Defendant N. Ashline
   Compensatory: 1,700.00
   Punitive: $300.00
      Grant such other relife as it may appear that Plaintiff is
entitld. All Mention defendants Sued individually and in
thier officinl capacities

   [Concerning Facts in paragraphs 26 to 50 of
this complaint] Plaintiff recived central office
Review committee finial determination October
18, 2014, Dated october 15, 2014]

   I declare under Penalty of Perdury that the foregoing
is true and correct.             Date: 9/24/17

                         Equarn White 08A2234
                         Clinton ANNex
                         P.o Box 2002
                         DANNemora, N.Y 12924